In the Matter of SAMUEL H. RANDALL, an Attorney.

SAMUEL H. RANDALL, Appellant, *v.* THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Randall,* 60 App. Div. 629, affirmed.
(Argued October 1, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made May 10, 1901, suspending the appellant herein from the practice of his profession as an attorney and counselor at law for the period of one year.

*Samuel H. Randall,* appellant, in person.

*Egerton L. Winthrop, Jr.,* and *Delos McCurdy* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.


In the Matter of the Application of ANTHONY J. ALLAIRE, Appellant, for a Writ of Mandamus against CHARLES H. KNOX et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

*Matter of Allaire* v. *Knox,* 62 App. Div. 29, affirmed.
(Argued October 2, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1901, which affirmed an order of Special Term denying the motion of the applicant for a peremptory writ of mandamus commanding the defendants to cancel and annul their prior action in declaring said applicant ineligible for promotion in the police department of the city of New York.